# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAYA SENANAYAKE, | ) |
| Plaintiff, | ) |
| v. | ) 3:08-cv-210-RCJ-VPC |
| DAVID RODLI et al., | ) **ORDER** |
| Defendants. | ) |

Currently before the Court is a Motion for Order Releasing Security (#97). The Court heard oral argument on June 11, 2012.

## BACKGROUND

In January 2009, Plaintiff Daya Senanayake, a resident of Colombo, Sri Lanka, filed a first amended complaint ("FAC") on behalf of himself and derivatively on behalf of Defendant Solarmission Technologies, Inc. ("SMT"), a Nevada corporation. (FAC (#35) at 1). Plaintiff sued SMT for injunctive relief, breach of contract, breach of good faith and fair dealing, declaratory relief, and accounting, (*Id.* at 1, 17, 20-23). In August 2009, Judge Sandoval granted SMT's Motion to Dismiss First Amended Complaint (#40) in its entirety. (Order (#92) at 17).

In May of 2008, SMT filed a demand for security of costs in the sum of $500 pursuant to NRS § 18.130. (Demand for Security (#4) at 1-2). That same month, Plaintiff filed a notice of nonresident bond in the amount of $500 in response to SMT's written demand. (Nonresident Bond (#6) at 1-2).

In August 2009, SMT filed a Bill of Costs requesting costs in the amount of $8,452.74

to be taxed against Plaintiff. (Bill of Costs (#94) at 1). Plaintiff did not file any objections. (*See generally* Docket Sheet). In September 2009, the Clerk of the Court filed the Bill of Costs for the full amount. (Costs Taxed (#95) at 1). In February 2012, this Court issued a minute order directing the Clerk of the Court "to release all remaining funds to the rightful owner." (Minute Order (#96) at 1).

SMT now files the pending motion.

## DISCUSSION

SMT moves for an order directing the Clerk of the Court to release the $500 security to SMT to satisfy, in part, the costs that have been taxed against Plaintiff. (Mot. for Release (#97) at 2).

Plaintiff did not file a response. (*See generally* Docket Sheet).

In reply, SMT files a notice of non-opposition pursuant to Local Rule 7-2(d). (Reply to Mot. for Release (#99)).

In this case, the Court grants the motion to release the $500 security to SMT to satisfy, in part, its bill of costs against Plaintiff. First, Plaintiff failed to respond to this motion and, thus, consents to the release. *See* Nev. Loc. R. 7-2(d) (stating that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion"). Second, the express purpose of filing the $500 security was to reimburse the defendant for such costs. *See* Nev. Rev. Stat. § 18.130(1) (stating that a defendant may require an out-of-state plaintiff to file "security for the costs and charges which may be awarded against such plaintiff"). As such, the Court grants SMT's Motion for Order Releasing Security (#97).

///
///
///
///
///
///

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Motion for Order Releasing Security (#97) is GRANTED.

The Clerk of the Court shall enter an order releasing the security to SMT.

DATED: This 6th day of July, 2012.

_____
United States District Judge